```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

**NOLAN SIDNEY BIESANZ, JR.**                                      **PLAINTIFF**

        v.                Civil No. 10-5017

**SHERIFF KEITH FERGUSON,**
**et al.**                                                        **DEFENDANTS**

## O R D E R

Now on this 26th day of January, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #5), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims against defendants Dr. Huskins and Deputy Morrison are **dismissed**.

**IT IS FURTHER ORDERED** that this matter is **remanded** to Magistrate Judge Erin L. Setser for further proceedings.

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE