```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**NOLAN SIDNEY BIESANZ, JR.**                                **PLAINTIFF**

      v.                    Civil No. 10-5017

**SHERIFF KEITH FERGUSON,**
**et al.**                                                   **DEFENDANTS**

### O R D E R

Now on this 23th day of February, 2012, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #35), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that plaintiff's claims against defendants Petray and Bisbee are dismissed on motion of plaintiff.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims against all remaining defendants are **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**